**COPY**

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

JAN 20 2016

Sherri R. Carter, Executive Officer/Clerk
By Victor Sino-Cruz, Deputy

1  Todd M. Friedman (216752)
2  Adrian R. Bacon (280332)
   Law Offices of Todd M. Friedman, P.C.
3  324 S. Beverly Dr. #725
   Beverly Hills, CA 90212
4  Phone: 877-206-4741
5  Fax: 866-633-0228
   tfriedman@toddflaw.com
6  abacon@toddflaw.com
   Attorneys for Plaintiff
7

8          SUPERIOR COURT OF THE STATE OF CALIFORNIA
                FOR THE COUNTY OF LOS ANGELES
9                    LIMITED JURISDICTION

10                                        )  Case No.   16K00784
11                                        )
                                          )
12  TROY KELLY,                           )  (Amount not to exceed $10,000)
                                          )
13  Plaintiff,                            )   1.  Violation of Rosenthal Fair Debt
                                          )       Collection Practices Act
14       vs.                              )   2.  Violation of Fair Debt Collection
                                          )       Practices Act
15  ATLANTIC CREDIT & FINANCE, INC.,      )
                                          )
16                                        )
17  Defendant.                            )
                                          )
18                                        )
                                          )
19                                        )

20                          I. INTRODUCTION
21
22       1.  This is an action for damages brought by an individual consumer for Defendant's
23  violations of the Rosenthal Fair Debt Collection Practices Act, Cal Civ Code §1788, *et seq.*
24  (hereinafter "RFDCPA") and the Fair Debt Collection Practices Act, 15 U.S.C. §1692, *et seq.*
25  (hereinafter "FDCPA"), both of which prohibit debt collectors from engaging in abusive,
26  deceptive, and unfair practices.
27  ///
28  ///

BY FAX

                              Complaint - 1

## II. PARTIES

2.      Plaintiff, Troy Kelly ("Plaintiff"), is a natural person residing in Los Angeles County in the state of California, and is a "consumer" as defined by the FDCPA, 15 U.S.C. §1692a(3), is a "debtor" as defined by RFDCPA, Cal Civ Code §1788.2(h).

3.      At all relevant times herein, Defendant, ATLANTIC CREDIT & FINANCE, INC. ("Defendant") was a company engaged, by use of the mails and telephone, in the business of collecting a debt from Plaintiff which qualifies as a "debt," as defined by 15 U.S.C. §1692a(5), and a "consumer debt," as defined by Cal Civ Code §1788.2(f).   Defendant regularly attempts to collect debts alleged to be due another, and therefore is a "debt collector" as defined by the FDCPA, 15 U.S.C. §1692a(6), and RFDCPA, Cal Civ Code §1788.2(c).

## III. FACTUAL ALLEGATIONS

4.      At various and multiple times prior to the filing of the instant complaint, including within the one year preceding the filing of this complaint, Defendant contacted Plaintiff in an attempt to collect an alleged outstanding debt.

5.      On or about August of 2015, Defendant contacted the Internal Revenue Service and reported to them that Plaintiff's debt was waived.

6.      As a result, Plaintiff had to pay a higher amount as taxes.

7.      Plaintiff was unaware that his debt would be reported as waived until after it occurred. Defendant had never sent Plaintiff a 1099 or any other form indicating that Plaintiff's debt was waived.

8.      On September 3, 2016, Plaintiff's counsel sent a written notice of representation. Defendant has failed to respond at this time.

9.      Defendant's conduct violated the FDCPA and the RFDCPA in multiple ways, including but not limited to:

a)   Falsely representing the character, amount, or legal status of Plaintiff's debt (§ 1692e(2)(A));

b)   Using false representations and deceptive practices in connection with collection of an alleged debt from Plaintiff (§ 1692e(10);

c)   Using unfair or unconscionable means against Plaintiff in connection with an attempt to collect a debt (§ 1692f));

d)   Collecting an amount from Plaintiff that is not expressly authorized by the agreement creating the debt (§ 1692f(1));

e)   Collecting an amount from Plaintiff that is not permitted by law (§ 1692f(1)).

10.     As a result of the above violations of the FDCPA and RFDCPA. Plaintiff suffered and continues to suffer injury to Plaintiff's feelings, personal humiliation, embarrassment, mental anguish and emotional distress.   Defendant is liable to Plaintiff for Plaintiff's actual damages, statutory damages, and costs and attorney's fees.

## COUNT I: VIOLATION OF ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT

15.     Plaintiff reincorporates by reference all of the preceding paragraphs.

16.     To the extent that Defendant's actions, counted above, violated the RFDCPA, those actions were done knowingly and willfully.

///

///

Complaint - 3

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays that judgment be entered against Defendant for the following:

      A.     Actual damages;

      B.     Statutory damages for willful and negligent violations;

      C.     Costs and reasonable attorney's fees,

      D.     For such other and further relief as may be just and proper.

## COUNT II: VIOLATION OF FAIR DEBT COLLECTION PRACTICES ACT

18.     Plaintiff reincorporates by reference all of the preceding paragraphs.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays that judgment be entered against Defendant for the following:

      A.     Actual damages;

      B.     Statutory damages;

      C.     Costs and reasonable attorney's fees; and,

      D.     For such other and further relief as may be just and proper.

## PLAINTIFF HEREBY REQUESTS A TRIAL BY JURY

Respectfully submitted this 20th day of January, 2016.

By: _____

Todd M. Friedman, Esq.
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff