# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TROY KELLY,** | Case No. 2:16-cv-01494-MRW |
| Plaintiff, | **ORDER** |
| vs. | |
| **ATLANTIC CREDIT AND FINANCE, INC.,** | |
| Defendant. | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and attorneys' fees.

Dated this _13_ day of April, 2016.


_/S/Michael R. Wilner_____
The Honorable Michael R. Wilner